**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

UNITED STATES OF AMERICA,

       Plaintiff,

v.

                                      Case No. 17-CR-20426

ANDRENIA WRIGHT,

       Defendant.

                                  /

**ORDER RESCHEDULING STATUS CONFERENCE, AND ESTABLISHING EXCLUDABLE DELAY**

The court held a telephonic status conference with counsel on July 26, 2018. Counsel for Defendant Andrenia Wright informed the court of the difficulties Ms. Wright will have in appearing before this court for a scheduled final pretrial/plea cutoff hearing on Monday, July 30, 2018. Counsel asserts that arrangements for her transportation will require her to be transported on a stretcher by an ambulance from her assisted living facility in Fort Gratiot, Michigan. The court requires additional information from her physician in order to access Defendant's transportation needs.

A Telephonic Status Conference will be scheduled for **Monday, August 13, 2018 at 12:30 pm** with counsel, Dr. Cheryl Cantu, and Defendant Andrenia Wright. Call in information will be provided. **(Phone Number 877-336-1274, Access Code: 7627118#, Security Code: 0426)**

Counsel are to explore the possibility of Defendant appearing by video conference for a final pretrial/plea cutoff hearing at a future date. A request to continue the dates

was discussed and agreed upon by counsel and the court. Accordingly,

IT IS ORDERED that the Final Pretrial/Plea Hearing on July 30, 2018 and the Jury trial on September 5, 2018 are CANCELLED and will be rescheduled at a later date.

IT IS FURTHER ORDERED that the time period from **July 26, 2018 through September 5, 2018** shall be excludable from time calculation mandated by the Speedy Trial Act, to allow counsel adequate time to continue plea negotiations and explore the possibility of a remote final pretrial conference. The ends of justice served by taking such an extension best outweighs the interest of the public and Defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(H)(7)(B)(ii).

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: July 30, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 30, 2018, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522